■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD J. LEONARD, Appellant.— REYNOLDS, J. Appeal from an order of the County Court, Broome County, denying appellant's petition for a writ of error *coram nobis* without a hearing. Not only was the petition properly denied on the ground that it merely raised essentially the same issues which appellant had asserted in a previous petition (*People* v. *Sullivan*, 4 N Y 2d 472; *People* v. *Mazzella*, 30

A D 2d 681) but even if reached on the merits appellant's plea of guilty precludes his raising the question of the legality of his confession (*People* v. *Nicholson,* 11 N Y 2d 1067, cert. den. 371 U. S. 929; *People* v. *Griffin,* 16 N Y 2d 508) and his indictment precludes his raising the alleged infirmities he asserts as occurring at the time of arraignment (*People* v. *Meadows,* 19 N Y 2d 988; *People* v. *Smith,* 29 A D 2d 578; *People* v. *Seabold,* 29 A D 2d 791). Order affirmed. Herlihy, P. J., Reynolds, Staley, Jr., and Cooke, JJ., concur in memorandum by Reynolds, J.; Greenblott, J., taking no part.